JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY, | ) Case No.  CV 10-1680-CJC (DTB) |
| Petitioner, | ) **J U D G M E N T** |
| vs. | ) |
| DERRAL G. ADAMS, Warden, | ) |
| Respondent. | ) |

In accordance with the Order Denying Petitioner's Request to Stay Proceedings and Granting Respondent's Motion to Vacate and Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 10, 2011

_____
CORMAC J. CARNEY
UNITES STATES DISTRICT JUDGE

1